DIVIDENDS REMITTED TO THE COURT
Case Number 08-36429 - BUCKLEY, TIMOTHY JAMES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of HSBC CARD SERVICES (III)<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131<br>8010 | 000003 | 774.39 | 1.26 |
| Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of HSBC Bank Nevada National<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131<br>0823 | 000004 | 3,015.87 | 4.90 |
| Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of GE Capital - Old Navy<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131<br>4745 | 000005 | 1,690.91 | 2.75 |
| Recovery Management Systems Corporation<br>For Capital Recovery II<br>As Assignee of HSBC CARD SERVICES (III)<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131<br>7515 | 000006 | 2,545.77 | 4.14 |
| NORTHERN STATES POWER CO<br>DBA XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE WI 54603<br>4902008 | 000007 | 389.57 | 0.64 |
| CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145<br>2136 | 000010 | 1,427.75 | 2.32 |
| O'Neill, O'Neill & Barduson<br>114 N. Hiawatha<br>PO box 128<br>Pipestone, MN 56164 | 000014 | 287.50 | 0.47 |
| VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON IL 61702<br>8318 | 000015 | 146.44 | 0.24 |

Printed: 09/16/10 02:56 PM    Ver: 15.20

COURT1